AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.

Manuel Herrera-Rodriguez

*Defendant*

Case No. CR-24-08125-PCT-GMS-1

FILED ___ LODGED
✗ RECEIVED ___ COPY

APR 28 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Manuel Herrera-Rodriguez,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:659 and 2 - Possession or Receipt of Goods Stolen from Interstate Shipment, Aid and Abet

Date: 10/08/2024

_____
*Issuing officer's signature*

City and state:   Phoenix, Arizona   ISSUED ON 2:46 pm, Oct 08, 2024
cc: PTS                                s/ Debra D. Lucas, Clerk

R. Kobza - Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 04/11/25, and the person was arrested on *(date)* 04/11/25
at *(city and state)* El Paso, TX.

Date: 4/28/25

_____
*Arresting officer's signature*

Kevin McDivee, Special Agent
*Printed name and title*